ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RANDY VALISKA, an individual;

Plaintiff,

vs.

THE WEBSTAURANT STORE, LLC, a Pennsylvania limited liability company; CLARK CORE SERVICES, LLC dba CLARK ASSOCIATES, a Pennsylvania limited liability company,

Defendants.

Case No.: 3:26-cv-00529-MMD-CLB

**ORDER GRANTING STIPULATION FOR EXTENSION OF DEFENDANTS'ANSWER DEADLINE**

[ECF No. 8]

Plaintiff RANDY VALISKA ("Plaintiff"), by and through his counsel of record, JEMMA E. DUNN, ESQ., MATTHEW T. HALE, ESQ., and ERIC L. LUNDY, ESQ. of GREENBERG GROSS LLP, and Defendants THE WEBSTAURANT STORE, LLC, a Pennsylvania limited liability company; CLARK CORE SERVICES, LLC dba CLARK ASSOCIATES, a Pennsylvania limited liability company, ("Defendants"), by and through its counsel of record, ANTHONY L. HALL, ESQ. of SIMONS HALL JOHNSTON PC, hereby stipulate and agree that the parties' Answer deadline, which is currently set for Thursday, August 06, 2026, be extended for a period of two (2) weeks, until Thursday, August 20, 2026.



SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088

This Stipulation was prepared by counsel for Defendant with the consent of Plaintiff and is made in good faith and not for purposes of delay.

Dated: August 3, 2026

**GREENBERG GROSS LLP**

/s/*Eric Lundy*
Eric Lundy, Esq.
Matthew T. Hale, Esq.
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Counsel for Plaintiff*

Dated: August 3, 2026

**SIMONS HALL JOHNSTON PC**

/s/ *Anthony L. Hall*
Anthony L. Hall, Esq.
690 Sierra Rose Drive
Reno, Nevada 89511

*Counsel for Defendants*

**ORDER**

**IT IS SO ORDERED.**

Dated this 3 day of August 2026.

U.S. Magistrate Judge



**SIMONS HALL JOHNSTON PC**
690 Sierra Rose Dr.,
Reno, NV 89511
Phone: (775) 785-0088