JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
ERIC K. LUNDY
Nevada Bar No. 16921
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*ELundy@GGTrialLaw.com*

Attorneys for Plaintiff
Randy Valiska

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDY VALISKA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE WEBSTAURANT STORE, LLC, a Pennsylvania limited liability company; CLARK CORE SERVICES, LLC dba CLARK ASSOCIATES, a Pennsylvania limited liability company,<br><br>Defendants | Case No.: 3:26-cv-00529-MMD-CLB<br><br>**Order Granting Stipulation to Stay Case Pending Arbitration** |

**IT IS HEREBY STIPULATED AND AGREED** by the parties' counsel of record that this litigation be stayed as the parties have agreed to resolve their dispute through arbitration pursuant to the arbitration agreement between them.

It is hereby stipulated by and between the parties and ORDERED as follows:

1. The instant action, in its entirety, shall be stayed and submitted to binding arbitration pursuant to the terms of the Arbitration, Class Action Waiver, and Confidentiality

Agreement;

3. Nothing in this Stipulation shall serve as a waiver of Plaintiff's claims or Defendant's defenses; and

4. Each party shall bear its own fees and costs before this Court as of this date.

**IT IS SO STIPULATED.**

DATED: August 12, 2026.

**GREENBERG GROSS LLP**

*/s/ Eric K. Lundy*
Jemma E. Dunn (SBN 16229)
Matthew T. Hale (SBN 16880)
Eric K. Lundy (SBN 16921)
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

**SIMONS HALL JOHNSON PC**

*/s/ Anthony L. Hall*
Anthony L. Hall (SBN 5977)
690 Sierra Rose Dr.,
Reno, NV 89511

*Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED.** The matter of *Randy Valiska v. The WEBstaurant Store, LLC; Clark Core Services LLC* is stayed pending arbitration.

Miranda M. Du
United States District Judge

DATED: August 12, 2026